UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

RE:  EWA POLTORZYCKA ) Case No. 23 B 02326
 )
 ) Chapter 13
Debtor(s) )
 ) Judge: CAROL A DOYLE

### TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**COMES NOW** Thomas H. Hooper, Chapter 13 Trustee duly appointed to administer the instant case ("Trustee"), and hereby OBJECTS to confirmation of the Chapter 13 plan filed by Debtor(s), in advance of the confirmation hearing set for May 02, 2023 10:30 am, for the following:

Debtor has failed to properly fill out schedules in accordance with 11 U.S.C. §§ 521(a)(1)(B)(i). Debtor to amend the following schedules:
Petition- to provide the debtor's current address.
Schedule A/B to include owned clothing.
Schedule G and plan to include rental lease.

Debtor has failed to provide copies of 60 days of pay advices and/or other evidence of income in accordance with 11 U.S.C. §§ 521(a)(1)(B), 1325(a)(1).

Debtor has failed to complete section 5.1 of the plan as required by 11 U.S.C. §§ 1325(a)(1). Debtor to amend section 5.1 of the plan to uncheck first box and remove dollar amount at line one.

**WHEREFORE**, the Trustee prays the Court to enter an Order denying confirmation of the proposed Chapter 13 plan, and for such other and further relief as the Court may deem just and proper. In the alternative, the Trustee requests a hearing on the matter.

Dated: April 05, 2023                                  /s/ Thomas H. Hooper
                                                                       _____

                                                                       Thomas H. Hooper
                                                                       Chapter 13 Trustee
                                                                       55 E. Monroe St., Suite 3850
                                                                       Chicago, IL 60603
                                                                       (312) 294-5900

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| RE:   EWA POLTORZYCKA | ) | Case No. 23 B 02326 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: CAROL A DOYLE |

## CERTIFICATE OF SERVICE

I, Kelleye Robinson, do hereby certify that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on the date indicated herein below, I served copies of the foregoing TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN by depositing a copy of the same in a postage-paid envelope with the United States Postal Service or by electronic means, as indicated.

| | |
|---|---|
| DAVID FREYDIN<br>*Attorney for Debtor* | (via CM/ECF) |
| Patrick Layng<br>United States Trustee | (via CM/ECF) |
| EWA POLTORZYCKA<br>1530 W DEMPSTER ST #107<br>MOUNT PROSPECT, IL 60056<br>*Debtor* | (via U.S. Postal Service) |

Dated: April 05, 2023

/s/ Kelleye Robinson

Kelleye Robinson
Office of the Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900